Jean KOPYCINSKI, Appellant, v. Felix FARRAR et al.

No. 13323.

Circuit Court of Appeals, Eighth Circuit.

May 8, 1946.

P. W. Lanier and E. M. Stern, both of Fargo, N. D., for appellant.

Arthur W. Stokes, of Grand Forks, N. D., and H. G. Nilles, L. H. Oehlert, John J. Nilles, and Quentin N. Burdick, all of Fargo, N. D., for appellees.

PER CURIAM.

Appeal from District Court, 63 F.Supp. 857, dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellees.

Julio RODRIGUEZ, Appellant, v. UNITED STATES of America, Appellee.

No. 11022.

Circuit Court of Appeals, Ninth Circuit.

June 14, 1946.

Andersen & Resner and Herbert Resner, all of San Francisco, Cal., for appellant.

Theron Lamar Caudle, Asst. Atty. Gen., James W. Knapp and Roscoe T. Pile, Attys., Dept. of Justice, both of Washington, D. C., and Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellees.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

Wendell LOMBA, Appellant, v. UNITED STATES of America.

Nos. 13091, 13092.

Circuit Court of Appeals, Eighth Circuit.

May 9, 1946.

Frederick Dubovsky, of Oakland, Cal., for appellant.

Sam M. Wear, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution, on motion of appellee.

Paul A. PORTER, Administrator, Office of Price Administration, Appellant, v. A. H. RICH.

No. 13236.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1946.

Milton Klein, Director, Litigation Division, Office of Price Administration, and David London, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., and James S. Eriksson, Dist. Enforcement Atty., Office of Price Administration, of Fargo, N. D., for appellant.

Herbert G. Nilles, of Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, on motion of appellant.